UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ALEX EMRIC JONES,  :
c/o Pattis & Smith  :
383 Orange Street  :
New Haven, CT 06511  :
 :
      *Plaintiff,*  :      Dkt. No.: 1:21-cv-03316
 :
v.  :
 :
SELECT COMMITTEE TO  :
INVESTIGATE THE JANUARY 6  :
ATTACK ON THE UNITED STATES  :
CAPITOL;  :
 :  :
NANCY PELOSI, in her official  :
capacity as Speaker of the U.S.  :
House of Representatives;  :
 :
BENNIE G. THOMPSON, in his official  :
capacity as Chair of the Select  :
Committee To Investigate the January  :
6th attack on the United States Capitol;  :
 :
ELIZABETH L. CHENEY, in her official  :
Capacity as a member of the U.S.  :
House of Representatives;  :
 :
ADAM B. SCHIFF, in his official  :
Capacity as a member of the U.S.  :
House of Representatives;  :
 :
JAMES B. RASKIN, in his official  :
Capacity as a member of the U.S.  :
House of Representatives;  :
 :
SUSAN E. LOFGREN, in her official  :
capacity as a member of the U.S.  :
House of Representatives;  :
 :
ELAINE G. LURIA, in her official  :
capacity as a member of the U.S.  :
House of Representatives;  :
 :

| | |
|---|---|
| PETER B. AGUILAR, in his official capacity as a member of the U.S. House of Representatives; | : : : |
| STEPHANIE MURPHY, in her official Capacity as a member of the U.S. House of Representatives; | : : : : |
| ADAM D. KINZINGER, in his official capacity as a member of the U.S. House of Representatives; | : : : : |
| *Defendants*. | :  December 20, 2021 |

## MOTION TO ADMIT CAMERON L. ATKINSON *PRO HAC VICE*

Pursuant to Local Civil Rule 44.1(d), Plaintiff Alex Emric Jones hereby moves the Court to grant Cameron L. Atkinson, Esq. leave to appear and practice *pro hac vice* in the above captioned matter. In support, the undersigned represents as follows:

1. The undersigned, a member of the Bar of this Court, is the attorney of record in this action for the Plaintiff and maintain his principal offices at 383 Orange Street, New Haven, Connecticut 06511.

2. As set forth in the affidavit submitted in compliance with Local Civil Rule 83.1(d)(1) and attached hereto as Exhibit A:

   a. Mr. Atkinson is an Associate in the law firm of Pattis & Smith, LLC who maintains his principal office at 383 Orange Street, New Haven, Connecticut 06511. His phone number is 203-393-3017 ext. 203, his facsimile number is 203-393-9745, and his email address is catkinson@pattisandsmith.com

   b. Mr. Atkinson is admitted to the Bar of the State of Connecticut (Bar No. 442289), the United States District Court For The District of Connecticut

   (ct31219), and the U.S. Court of Appeals for the Second Circuit (no bar number issued).

  c. Mr. Atkinson has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

  d. Mr. Atkinson has not been denied admission, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for an admission to practice before this Court or any other court, while facing a disciplinary complaint.

  e. Mr. Atkinson has never applied for *pro hac vice* admission to this Court before, and he has not been admitted to the Court pro hac vice in the last two years.

  f. Mr. Atkinson has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia, and the District of Columbia Rules of Professional Conduct.

  g. Mr. Atkinson designates the undersigned as his agent for service of process upon whom service of all papers on Alex Emric Jones shall be made, and the District of Columbia as the forum for the resolution of any dispute arising out of his admission.

3. Pursuant to Local Civil Rule 44.1(d), a fee of $100.00 has been paid to the Clerk of the Court upon the filing of this motion.

WHEREFORE, the undersigned respectfully request that the Court admit Cameron L. Atkinson, Esq. *pro hac vice*.

        THE PLAINTIFF

        <u>/s/ Norman A. Pattis /s/</u>
        NORMAN A. PATTIS, ESQ.
        PATTIS & SMITH, LLC
        383 Orange Street
        New Haven, CT 06511
        Tel: (203) 393-3017
        Fax: (203) 393-9745
        npattis@pattisandsmith.com

**<u>CERTIFICATION OF SERVICE</u>**

The undersigned hereby certifies that, on December 20, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        <u>*/s/ Norman A. Pattis /s/*</u>