**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEX EMRIC JONES,<br>c/o Pattis & Smith<br>383 Orange Street<br>New Haven, CT 06511<br><br>     Plaintiff,<br><br>v.<br><br>SELECT COMMITTEE TO<br>INVESTIGATE THE JANUARY 6<br>ATTACK ON THE UNITED STATES<br>CAPITOL;<br><br>NANCY PELOSI, in her official<br>capacity as Speaker of the U.S.<br>House of Representatives;<br><br>BENNIE G. THOMPSON, in his official<br>capacity as Chair of the Select<br>Committee To Investigate the January<br>6th attack on the United States Capitol;<br><br>ELIZABETH L. CHENEY, in her official<br>Capacity as a member of the U.S.<br>House of Representatives;<br><br>ADAM B. SCHIFF, in his official<br>Capacity as a member of the U.S.<br>House of Representatives;<br><br>JAMES B. RASKIN, in his official<br>Capacity as a member of the U.S.<br>House of Representatives;<br><br>SUSAN E. LOFGREN, in her official<br>capacity as a member of the U.S.<br>House of Representatives;<br><br>ELAINE G. LURIA, in her official<br>capacity as a member of the U.S.<br>House of Representatives; | Dkt. No.: 1:21-cv-03316 |

| | |
|---|---|
| PETER B. AGUILAR, in his official capacity as a member of the U.S. House of Representatives; | :<br>:<br>: |
| STEPHANIE MURPHY, in her official Capacity as a member of the U.S. House of Representatives; | :<br>:<br>: |
| ADAM D. KINZINGER, in his official capacity as a member of the U.S. House of Representatives; | :<br>:<br>: |
| *Defendants.* | :  December 20, 2021 |

## AFFIDAVIT OF CAMERON L. ATKINSON IN SUPPORT OF MOTION TO ADMIT CAMERON L. ATKINSON *PRO HAC VICE*

1. I am an Associate in the law firm of Pattis & Smith, LLC who maintains my principal office at 383 Orange Street, New Haven, Connecticut 06511. My phone number is 203-393-3017 ext. 203, his facsimile number is 203-393-9745, and his email address is catkinson@pattisandsmith.com

2. I am admitted to the Bar of the State of Connecticut (Bar No. 442289), the United States District Court For The District of Connecticut (ct31219), and the U.S. Court of Appeals for the Second Circuit (no bar number issued).

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for an admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. I have never applied for *pro hac vice* admission to this Court before, and I have not been admitted to the Court pro hac vice in the last two years.

6. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the District of Columbia, and the District of Columbia Rules of Professional Conduct.

7. I designate Norman A. Pattis, Esq. as my agent for service of process upon whom service of all papers on Alex Emric Jones shall be made, and the District of Columbia as the forum for the resolution of any dispute arising out of his admission.

8. Pursuant to Local Civil Rule 44.1(d), a fee of $100.00 has been paid to the Clerk of the Court upon the filing of this motion.

*Cameron L. Atkinson*
Cameron L. Atkinson, Esq.

Subscribed and sworn to before me, this 20th day of December, 2021

*Donna L. Peat*
Notary Public

Donna L. Peat
Notary Public - Connecticut
My Commission Expires
January 31, 2023