**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

Case number: 1:21-cv-03316

U.S. District Court

ss:   New Haven, December 28, 2021

District of Connecticut

Then and there by virtue hereof, by the direction of the plaintiff's attorney, I served the within named defendant(s), **SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6 ATTACK ON THE UNITED STATES CAPITOL; NANCY PELOSI, BENNIE G. THOMPSON, ELIZABETH L. CHENEY, ADAM B. SCHIFF, JAMES B. RASKIN, SUSAN E. LOFGREN, ELAINE G. LURIA, PETER B. AGUILAR, STEPHANIE MURPHY and ADAM B. KINZINGER,** by depositing at the post Office, a letter to each, certified mail return receipt requested addressed:

**Select Committee to Investigate the**
**January 6 Attack on the United States Capitol**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Nancy Pelosi**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Bennie G. Thompson**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Elizabeth L. Cheney**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Adam B. Schiff**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**James B. Raskin**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Susan E. Lofgren**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Elaine G. Luria**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Peter B. Aguilar**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Stephanie Murphy**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Adam D. Kinzinger**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

Receiving therefore the Post Office receipt hereto annexed. Said letters each contained a true and attested copy of the original Summons in a Civil Action to each defendant, Civil Cover Sheet, Complaint, Exhibit A, Exhibit B, Exhibit C, Exhibit D and Exhibit E with my endorsements thereon.

ATTEST:

EVE L. MILLER
AN INDIFFERENT PERSON

FEES:
| | |
|---|---:|
| Service Fee | $240.00 |
| Copies | 900.00 |
| Endorsements | 32.40 |
| Travel | 5.00 |
| Certified Mails | 162.25 |
| | $1,339.65 |

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

Civil Action No. 1:21-cv-03316

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Select Committee To Investigate The January 6 Attack On The United States Capitol
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   12/27/2021



/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

Civil Action No. 1:21-cv-03316

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nancy Pelosi
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   12/27/2021



/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Alex Emric Jones )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
)
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bennie G. Thompson
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

Date:     12/27/2021



/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elizabeth L. Cheney
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Alex Emric Jones | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-03316 |
| Select Committee To Investigate The January 6 Attack On The United States Capitol | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Adam B. Schiff
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   12/27/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Alex Emric Jones | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 1:21-cv-03316 |
| Select Committee To Investigate The January 6 Attack On The United States Capitol | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James B. Raskin
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*ANGELA D. CAESAR, CLERK OF COURT*

Date:   12/27/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Alex Emric Jones | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-03316 |
| Select Committee To Investigate The January 6 Attack On The United States Capitol | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Susan E. Lofgren
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021



/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Alex Emric Jones <br><br> *Plaintiff(s)* <br><br> v. <br><br> Select Committee To Investigate The January 6 Attack On The United States Capitol <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-03316 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elaine G. Luria
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021



/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Alex Emric Jones <br><br> *Plaintiff(s)* <br> v. <br> Select Committee To Investigate The January 6 Attack On The United States Capitol <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-03316 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter B. Aguilar
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   12/27/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Alex Emric Jones<br><br>*Plaintiff(s)*<br>v.<br>Select Committee To Investigate The January 6 Attack On The United States Capitol<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:21-cv-03316<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie Murphy
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Alex Emric Jones<br><br>*Plaintiff(s)*<br>v.<br><br>Select Committee To Investigate The January 6 Attack On The United States Capitol<br><br>*Defendant(s)* | Civil Action No. 1:21-cv-03316 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam D. Kinzinger
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  12/27/2021



/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*



