**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEX EMRIC JONES,<br>TIMOTHY D. ENLOW, | : <br> : <br> : |
| *Plaintiffs,* | :    Dkt. No.: 1:21-cv-03316-CRC |
| v. | : <br> : |
| SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6 ATTACK ON THE UNITED STATES CAPITOL; | : <br> : <br> : <br> : <br> : |
| NANCY PELOSI, in her official capacity as Speaker of the U.S. House of Representatives; | : <br> : <br> : <br> : |
| BENNIE G. THOMPSON, in his official capacity as Chair of the Select Committee To Investigate the January 6th attack on the United States Capitol; | : <br> : <br> : <br> : <br> : |
| ELIZABETH L. CHENEY, in her official Capacity as a member of the U.S. House of Representatives; | : <br> : <br> : <br> : |
| ADAM B. SCHIFF, in his official Capacity as a member of the U.S. House of Representatives; | : <br> : <br> : <br> : |
| JAMES B. RASKIN, in his official Capacity as a member of the U.S. House of Representatives; | : <br> : <br> : <br> : |
| SUSAN E. LOFGREN, in her official capacity as a member of the U.S. House of Representatives; | : <br> : <br> : <br> : |
| ELAINE G. LURIA, in her official capacity as a member of the U.S. House of Representatives; | : <br> : <br> : <br> : |
| PETER B. AGUILAR, in his official capacity as a member of the U.S. | : <br> : <br> : |

| | |
|---|---|
| House of Representatives; | : |
| | |
| STEPHANIE MURPHY, in her official | : |
| Capacity as a member of the U.S. | : |
| House of Representatives; | : |
| | : |
| ADAM D. KINZINGER, in his official | : |
| capacity as a member of the U.S. | : |
| House of Representatives; | : |
| | : |
| *Defendants*. | :            FEBRUARY 27, 2022 |

## MOTION TO AMEND COMPLAINT AND JOIN ANNETTE SHROYER AS A PLAINTIFF PURSUANT TO FRCP 15 AND 20

The Plaintiffs, Alex Emric Jones and Timothy D. Enlow, and Annette Shroyer hereby move to amend the complaint pursuant to Fed. R. Civ. P. 15 and to join Annette Shroyer as a plaintiff to this action pursuant to Fed. R. Civ. P. 20.

In support thereof, Jones, Enlow, and Shroyer attach a statement of points and authorities as well as a proposed amended complaint pursuant to Local Civil Rule 7(a).

Since the Defendants have not appeared, the undersigned has been unable to confer with them regarding this motion pursuant to Local Civil Rule 7(m).

THE PLAINTIFF, ALEX EMRIC
JONES, and TIM ENLOW

/s/ Norman A. Pattis /s/
NORMAN A. PATTIS, ESQ.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
Tel:  (203) 393-3017
Fax: (203) 393-9745
npattis@pattisandsmith.com

## **PROPOSED ORDER**

The Plaintiffs and Annette Shroyer's motion to amend the complaint and join Annette Shroyer as a plaintiff pursuant to Fed. R. Civ. P. 15 and 20 is hereby:

**GRANTED/DENIED.**


Dated: _____          _____

                                                                                                  USDJ

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies that, on February 15, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties of record by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

*/s/ Norman A. Pattis /s/*