# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
## Case# 1:21-CV-03316

IN THE MATTER OF:   Alex Emric Jones vs Select Committee To Investigate The January 6 Attack On The United States Capitol

STATE OF CONNECTICUT

                  ss:   New Haven, March 8, 2022

COUNTY OF NEW HAVEN

And afterwards on January 18, 2022, and January 19, 2022 and January 25, 2022, I received from the Post Office, the letter(s) addressed to the defendant(s) marked:

**Select Committee to Investigate the
January 6 Attack on the United States Capitol
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Nancy Pelosi
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Bennie G. Thompson
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Elaine G. Luria
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Stephanie Murphy
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Adam D. Kinzinger
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

Indicating receipt of the certified letter, return receipt (one for each) forwarded on December 28, 2021, and the same is hereto annexed.

On December 28, 2021, I made duly service, by USPS Certified, Return Receipt, receipt number **7020 3160 0000 6188 7348 and 7020 3160 0000 6188 7249,** to addresses below :

> **Bennie G. Thompson**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**
>
> **Peter B. Aguilar**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**

The USPS website has information that the envelope was delivered on January 4, 2022 at 9:50 am and January 3, 2022 at 7:11 am (see attached). As of March 8, 2022, I have no receipt with signature. Therefore, I cannot produce a signature of receipt for this supplemental officer's return of receipt.

And afterwards on March 8, 2022, I printed the tracking report from the USPS web site using the Tracking Number(s) **7020 3160 0000 6188 7331, 7023 3160 0000 6188 7317 and 7020 3160 0000 6188 7324** on the Certified Mail Receipts, as the originals were never received back. From the web site, as of January 2, 2022 at 11:37 am, the items are Available for Pickup from the Post Office, the letter(s) marked:

> **Elizabeth L. Cheney**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**
>
> **Adam B. Schiff**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**
>
> **James B. Raskin**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**

indicating receipt of the certified return receipt requested letter delivery forwarded of December 28, 2021 is hereto annexed.

And afterwards on January 18, 2022, I received from the Post Office, the letter(s) addressed to the defendant(s) marked.

**Susan E. Lofgren**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

### Return to Sender

Indicating receipts of the certified letters forwarded on December 28, 2021, the same is hereto annexed.

ATTEST:

EVE L. MILLER
AN INDIFFERENT PERSON
NEW HAVEN COUNTY

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEX EMRIC JONES,<br>TIMOTHY D. ENLOW, | :<br>:<br>: |
| Plaintiffs, | Dkt. No.: 1:21-cv-03316-CRC |
| v. | |
| SELECT COMMITTEE TO<br>INVESTIGATE THE JANUARY 6<br>ATTACK ON THE UNITED STATES<br>CAPITOL; | |
| NANCY PELOSI, in her official<br>capacity as Speaker of the U.S.<br>House of Representatives; | |
| BENNIE G. THOMPSON, in his official<br>capacity as Chair of the Select<br>Committee To Investigate the January<br>6th attack on the United States Capitol; | |
| ELIZABETH L. CHENEY, in her official<br>Capacity as a member of the U.S.<br>House of Representatives; | |
| ADAM B. SCHIFF, in his official<br>Capacity as a member of the U.S.<br>House of Representatives; | |
| JAMES B. RASKIN, in his official<br>Capacity as a member of the U.S.<br>House of Representatives; | |
| SUSAN E. LOFGREN, in her official<br>capacity as a member of the U.S.<br>House of Representatives; | |
| ELAINE G. LURIA, in her official<br>capacity as a member of the U.S.<br>House of Representatives; | |
| PETER B. AGUILAR, in his official<br>capacity as a member of the U.S. | |

1

| | |
|---|---|
| House of Representatives; | : |
| | |
| STEPHANIE MURPHY, in her official<br>Capacity as a member of the U.S.<br>House of Representatives; | :<br>:<br>: |
| | : |
| ADAM D. KINZINGER, in his official<br>capacity as a member of the U.S.<br>House of Representatives; | :<br>:<br>: |
| | : |
| *Defendants.* | :  AUGUST 2, 2022 |

## **DECLARATION OF CAMERON L. ATKINSON PURSUANT TO 28 U.S.C. § 1746**

I, Cameron L. Atkinson, having reviewed 28 U.S.C. § 1746, do hereby declare and depose under oath as follows:

1. I am over the age of 18, and I understand the obligations of making a declaration under the penalty of perjury.

2. I am an associate attorney employed by Pattis & Smith, LLC, and I have been employed in that capacity all relevant times pertaining to this declaration and matter.

3. On August 2, 2022, I served the United States pursuant to Fed. R. Civ. P. 4 by addressing a package containing the summonses and the complaint in this matter to Merrick Garland, Attorney General of the United States, and mailing the same package by certified U.S. mail, return receipt to Attorney General Garland at the following address:

950 Pennsylvania Avenue, NW

Washington, D.C. 20530

2

4.     I also addressed a package containing the summonses and the complaint in this matter to Matthew M. Graves, United States Attorney for the District of Columbia, and mailed it ∧*in the same manner* to Attorney Graves at the following address:

601 D. St. NW

Washington, D.C. 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 2, 2022

*Cameron L. Atkinson*
Cameron L. Atkinson, Esq.

3

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

Civil Action No. 1:21-cv-03316

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Select Committee To Investigate The January 6 Attack On The United States Capitol
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
)
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nancy Pelosi
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021                                                     /s/ Anson Hopkins
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
)
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bennie G. Thompson
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021 /s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

Civil Action No. 1:21-cv-03316

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Elizabeth L. Cheney
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

Civil Action No. 1:21-cv-03316

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adam B. Schiff
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
)
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James B. Raskin
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021                                                       /s/ Anson Hopkins
                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Alex Emric Jones | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-03316 |
| Select Committee To Investigate The January 6 Attack On The United States Capitol | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Susan E. Lofgren
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  12/27/2021                                                            /s/ Anson Hopkins
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

Civil Action No. 1:21-cv-03316

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elaine G. Luria
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
)
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter B. Aguilar
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021                                      /s/ Anson Hopkins
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:21-cv-03316
)
Select Committee To Investigate The January 6 )
Attack On The United States Capitol )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stephanie Murphy
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021                         /s/ Anson Hopkins
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Alex Emric Jones

*Plaintiff(s)*

v.   Civil Action No. 1:21-cv-03316

Select Committee To Investigate The January 6 Attack On The United States Capitol

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Adam D. Kinzinger
Longworth House Office Building
15 Independence Ave SE
Washington, DC 20515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Norman A. Pattis, Esq.
Cameron L. Atkinson, Esq.
Pattis & Smith, LLC
383 Orange Street
New Haven, CT 06511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/27/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bennie G. Thompson
    Longworth House Office Building
    15 Independence Avenue SE
    Washington, DC 20515

9590 9402 7092 1251 3022 86

2. Article Number (Transfer from service label)

    7020 3160 0000 6188 7348

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/18/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Elaine G. Luria
    Longworth House Office Building
    15 Independence Avenue SE
    Washington, DC 20515

9590 9402 7092 1251 3023 30

2. Article Number (Transfer from service label)

    7020 3160 0000 6188 7294

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/19/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Nancy Pelosi
    Longworth House Office Building
    15 Independence Avenue SE
    Washington, DC 20515

9590 9402 7092 1251 3022 79

2. Article Number (Transfer from service label)

    7020 3160 0000 6188 7355

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  1/18/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Certified Mail Return Receipt 1 (PS Form 3811)**

- SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Adam D. Kinzinger
   Longworth House Office Building
   15 Independence Avenue SE
   Washington, DC 20515

   9590 9402 7092 1251 3023 61

2. Article Number (Transfer from service label)

   7020 3160 0000 6188 7232

- COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X
- B. Received by (Printed Name)
- C. Date of Delivery: 1/18/22
- D. Is delivery address different from item 1? ☐ Yes ☐ No
- 3. Service Type: ☑ Certified Mail®

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

---

**Certified Mail Return Receipt 2 (PS Form 3811)**

1. Article Addressed to:

   Stephanie Murphy
   Longworth House Office Building
   15 Independence Avenue SE
   Washington, DC 20515

   9590 9402 7092 1251 3023 47

2. Article Number:

   7020 3160 0000 6188 7225

- C. Date of Delivery: 1/18/22
- 3. Service Type: ☑ Certified Mail®, ☑ Signature Confirmation™

PS Form 3811, July 2020 PSN 7530-02-000-9053

---

**Certified Mail Return Receipt 3 (PS Form 3811)**

1. Article Addressed to:

   Select Committee to Investigate the
   January 6 Attack on the United States Capitol
   Longworth House Office Building
   15 Independence Avenue SE
   Washington, DC 20515

   9590 9402 7092 1251 3022 62

2. Article Number:

   7020 3160 0000 6188 7362

- C. Date of Delivery: 1/25/22
- 3. Service Type: ☑ Certified Mail®, ☑ Signature Confirmation™

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt