# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEX EMRIC JONES,<br>TIMOTHY D. ENLOW,<br><br>          Plaintiffs,<br><br>v.<br><br>SELECT COMMITTEE TO<br>INVESTIGATE THE JANUARY 6<br>ATTACK ON THE UNITED STATES<br>CAPITOL;<br><br>NANCY PELOSI, in her official<br>capacity as Speaker of the U.S.<br>House of Representatives;<br><br>BENNIE G. THOMPSON, in his official<br>capacity as Chair of the Select<br>Committee To Investigate the January<br>6th attack on the United States Capitol;<br><br>ELIZABETH L. CHENEY, in her official<br>Capacity as a member of the U.S.<br>House of Representatives;<br><br>ADAM B. SCHIFF, in his official<br>Capacity as a member of the U.S.<br>House of Representatives;<br><br>JAMES B. RASKIN, in his official<br>Capacity as a member of the U.S.<br>House of Representatives;<br><br>SUSAN E. LOFGREN, in her official<br>capacity as a member of the U.S.<br>House of Representatives;<br><br>ELAINE G. LURIA, in her official<br>capacity as a member of the U.S.<br>House of Representatives;<br><br>PETER B. AGUILAR, in his official<br>capacity as a member of the U.S. | Dkt. No.: 1:21-cv-03316-CRC |

1

| | |
|---|---|
| House of Representatives; | : |
| | |
| STEPHANIE MURPHY, in her official | : |
| Capacity as a member of the U.S. | : |
| House of Representatives; | : |
| | |
| ADAM D. KINZINGER, in his official | : |
| capacity as a member of the U.S. | : |
| House of Representatives; | : |
| | |
| *Defendants.* | :     AUGUST 2, 2022 |

## **DECLARATION OF CAMERON L. ATKINSON PURSUANT TO 28 U.S.C. § 1746**

I, Cameron L. Atkinson, having reviewed 28 U.S.C. § 1746, do hereby declare and depose under oath as follows:

1. I am over the age of 18, and I understand the obligations of making a declaration under the penalty of perjury.

2. I am an associate attorney employed by Pattis & Smith, LLC, and I have been employed in that capacity all relevant times pertaining to this declaration and matter.

3. On December 20, 2021, the Plaintiff, Alex Jones, initiated the above-captioned matter.

4. The Court subsequently issued summons for the Defendants on December 27, 2021.

5. The declarant immediately instructed his firm's office manager and paralegal to make arrangements for service that same day.

6. The firm's then-office manager provided the summons and complaint to a Connecticut process server with instructions to serve them by certified mail on December 28, 2022.

2

7. The firm's office manager then abruptly resigned within a week of providing instructions to the process server.

8. The process server subsequently returned an attestation of service on the Defendants on February 15, 2022. The firm's paralegal filed them on February 15, 2022.

9. The Court notified the undersigned's firm on February 16, 2022 that an error had been made in the affidavit because it failed to provide proof of service.

10. The undersigned orally instructed his paralegal to obtain proof of delivery from the Connecticut process server that same week.

11. Communication between the undersigned's office and their process server does not appear to have been smooth thereafter, and the undersigned's then-paralegal parted ways with the firm approximately a month thereafter.

12. Her departure coupled with the resignation of a fellow associate attorney at the same time left the undersigned and his colleagues scrambling to reallocate work, obtain proper front office support, and perform their own duties.

13. In the midst of this hustle and bustle, the undersigned and his colleagues unintentionally lost track of the Court's March 2, 2022 order.

14. After the Court issued its order to show cause on July 22, 2022, the undersigned tasked the firm's new paralegal with tracking down proofs of service for the Defendants in this matter.

15. His paralegal located delivery confirmations (green cards) for the following defendants: the Select Committee (Jan. 25, 2022); Defendants Pelosi, Thompson, Murphy, and Kinzinger (Jan. 18, 2022); Defendant Luria (Jan. 19, 2022). They also located an additional attestation of service from their process server dated March 8, 2022.

16.     After reviewing the docket and Fed. R. Civ. P. 4(i), the undersigned realized that his office failed to serve the United States.

17.     In an effort to comply with Fed. R. Civ. P. 4(i)(1), the undersigned mailed copies of the summons and complaint in this action to both the U.S. Attorney General and the U.S. Attorney for the District of Columbia on August 2, 2022.

18.     The undersigned's review of the lack of progress on this case reveals that he and his colleagues lost track of the service of process issue due to sudden and unexpected changes in personnel.

19.     The undersigned and his colleagues never saw the Connecticut process server's March 8, 2022 attestation to service or the returned green cards until July 29, 2022 when their current paralegal discovered them and provided them to the undersigned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 2, 2022

*Cameron L. Atkinson*
Cameron L. Atkinson, Esq.