# Exhibit B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### Case# 1:21-CV-03316

IN THE MATTER OF:   Alex Emric Jones vs Select Committee To Investigate The January 6 Attack On The United States Capitol

STATE OF CONNECTICUT

                ss:   New Haven, March 8, 2022

COUNTY OF NEW HAVEN

And afterwards on January 18, 2022, and January 19, 2022 and January 25, 2022, I received from the Post Office, the letter(s) addressed to the defendant(s) marked:

**Select Committee to Investigate the
January 6 Attack on the United States Capitol
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Nancy Pelosi
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Bennie G. Thompson
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Elaine G. Luria
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Stephanie Murphy
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

**Adam D. Kinzinger
Longworth House Office Building
15 Independence Avenue SE
Washington, DC 20515**

Indicating receipt of the certified letter, return receipt (one for each) forwarded on December 28, 2021, and the same is hereto annexed.

On December 28, 2021, I made duly service, by USPS Certified, Return Receipt, receipt number **7020 3160 0000 6188 7348 and 7020 3160 0000 6188 7249,** to addresses below :

> **Bennie G. Thompson**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**
>
> **Peter B. Aguilar**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**

The USPS website has information that the envelope was delivered on January 4, 2022 at 9:50 am and January 3, 2022 at 7:11 am (see attached). As of March 8, 2022, I have no receipt with signature. Therefore, I cannot produce a signature of receipt for this supplemental officer's return of receipt.

And afterwards on March 8, 2022, I printed the tracking report from the USPS web site using the Tracking Number(s) **7020 3160 0000 6188 7331, 7023 3160 0000 6188 7317 and 7020 3160 0000 6188 7324** on the Certified Mail Receipts, as the originals were never received back. From the web site, as of January 2, 2022 at 11:37 am, the items are Available for Pickup from the Post Office, the letter(s) marked:

> **Elizabeth L. Cheney**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**
>
> **Adam B. Schiff**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**
>
> **James B. Raskin**
> **Longworth House Office Building**
> **15 Independence Avenue SE**
> **Washington, DC 20515**

indicating receipt of the certified return receipt requested letter delivery forwarded of December 28, 2021 is hereto annexed.

And afterwards on January 18, 2022, I received from the Post Office, the letter(s) addressed to the defendant(s) marked.

**Susan E. Lofgren**
**Longworth House Office Building**
**15 Independence Avenue SE**
**Washington, DC 20515**

**Return to Sender**

Indicating receipts of the certified letters forwarded on December 28, 2021, the same is hereto annexed.

ATTEST:

EVE L. MILLER
AN INDIFFERENT PERSON
NEW HAVEN COUNTY