Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALEX EMRIC JONES

        Plaintiff

    vs.

SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, ET AL

        Defendant

Civil No.     21-3316     (RJL)

Category  D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  11/10/2022  from  Judge Christopher R. Cooper

to  Judge Richard J. Leon  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:  Judge Christopher R. Cooper  & Courtroom Deputy
Judge Richard J. Leon  & Courtroom Deputy
Liaison, Calendar and Case Management Committee