**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

ALEX EMRIC JONES,                          :
TIMOTHY D. ENLOW,                          :
                                           :
              *Plaintiffs,*                 :        Dkt. No.: 1:21-cv-03316-CRC
                                           :
v.                                         :
                                           :
SELECT COMMITTEE TO                        :
INVESTIGATE THE JANUARY 6                  :
ATTACK ON THE UNITED STATES                :
CAPITOL;                                   :
                                           :        :
NANCY PELOSI, in her official              :
capacity as Speaker of the U.S.            :
House of Representatives;                   :
                                           :
BENNIE G. THOMPSON, in his official        :
capacity as Chair of the Select            :
Committee To Investigate the January       :
6th attack on the United States Capitol;   :
                                           :
ELIZABETH L. CHENEY, in her official       :
Capacity as a member of the U.S.           :
House of Representatives;                   :
                                           :
ADAM B. SCHIFF, in his official            :
Capacity as a member of the U.S.           :
House of Representatives;                   :
                                           :
JAMES B. RASKIN, in his official           :
Capacity as a member of the U.S.           :
House of Representatives;                   :
                                           :
SUSAN E. LOFGREN, in her official          :
capacity as a member of the U.S.           :
House of Representatives;                   :
                                           :
ELAINE G. LURIA, in her official           :
capacity as a member of the U.S.           :
House of Representatives;                   :
                                           :
PETER B. AGUILAR, in his official          :
capacity as a member of the U.S.           :

House of Representatives;                    :


STEPHANIE MURPHY, in her official    :
Capacity as a member of the U.S.        :
House of Representatives;                    :
                                                              :
ADAM D. KINZINGER, in his official     :
capacity as a member of the U.S.         :
House of Representatives;                    :
                                                              :
                    *Defendants*.                    :       DECEMBER 13, 2022

## <u>NOTICE AND SUGGESTION OF BANKERUPTCY</u>

The Defendant - Alexander E. Jones - in the above referenced matters, by his undersigned attorneys, respectfully represent as follows:

1.      On December 2, 2022, The Defendant- Alexander E. Jones- filed Voluntary Petitions in the United States Bankruptcy Court for the Southern District of Texas, seeking relief pursuant to Chapter 11 of Title 11 of the United States Code, styled In re: Alexander

E. Jones, Case No. 22-33553. True and accurate copies of this petition is attached as Exhibit A hereto.

2.      As a result of the aforementioned bankruptcy filings, all proceedings in this case are stayed pursuant to the automatic stay provisions of 11 U.S.C. § 362.

3.      Pursuant to Practice Book § 14-1, an affidavit setting forth the information required by§ 14-1 is attached hereto as Exhibit B.

Dated: December 13, 2022                                 Respectfully Submitted,

BY:lsl Norman A. Pattis *lsl*
*lsl* Kevin M. Smith *lsl*
 Norman A. Pattis
Kevin M. Smith
PATTIS & SMITH, LLC
Juris No. 423934
383 Orange Street
New Haven, CT06511
V: 203-393-3017 F: 203-393-9745
npattis@pattisandsmith.com

Fill in this information to 1dent1fy your case

United States Bankruptcy Court for the:

_____ Southern District ofTexas _____

Case number (*If* known):_____

Chapter you are filing under:

D    Chapter 7
     Chapter 11
     Chapter 12
D    Chapter 13

☐ check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together-called a *Joint* case-and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (If known). Answer every question.

## ▪ §f▌ Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

**About Debtor 1:**

Alexander
First name

Emeric
Middle name

Jones
Last name

Suffix (Sr., Jr, II, III)

**About Debtor 2 (Spouse Only in a Joint Case):**

First name

Middle name

Last name

Suffix (Sr., Jr, II, III)

2. **All other names you have used in the last 8 years**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

**About Debtor 1:**

Alex
First name

Middlenama

Jones
Last name

Alexander
First name

E.
Middle name

Jones
Last name

Business name (if applicable)

Business name (If applicable)

**About Debtor 2:**

First name

Middle name

Last name

First name

Middle name

Last name

Business name (if applicable)

Business name (if applicable)

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (I'!'IN)**

xxx - xx - §   .Jl  .Jl......!_
OR
9xx-xx- _____   _

xxx-xx- _____   _
OR
9xx-xx- _____   _

Exhibit A

Debtor 1    __Alexander__    __E.__    __Jones__        Case number *(if known)* _____

      First Name      Middle Name      Last Name

**About Debtor 1:**         **About Debtor 2 (Spouse Only In a Joint Case):**

**4.**   **Your Employer Identification Number (EIN), if any.**

EIN                 EIN

EIN                 EIN

**5.**   **Where you live**            **If Debtor 2 lives at a different address:**

Number     Street            Number     Street

__Austin, TX 78735__
City         State    ZIP Code      City         State    ZIP Code

__Travis__
County                County

I**f your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.      If **Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

__c/o Vickie L. Driver STE 425__
Number     Street            Number     Street

__2525 McKinnon St.__
P.O.Box               P.O.Box

__Dallas  TX 75201__
City         State    ZIP Code      City         State    ZIP Code

**6.**   **Why you are choosing *this* a,srricr to Tlie tor Dankruptcy**

*Check one:*              *Check one:*

D   Over the last 180 days before filing this petition, I have lived in this district longer than in 1:!nY other district.      D   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

I have another reason. Explain. (Sec 28 U.S.C. § 1408)      D   I have another reason. Explain. (See 28 U.S.C. § 1408)

     **Affiliate case filed** in **this district** (In **re: Free**

     **Speech Systems, LLC, Case No. 22-60043)**

| Debtor 1 | Alexander | E. | Jones | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 2:    Tell the Court About Your Bankruptcy Case

7.  The chapter of the Bankruptcy Code you are choosing to file under

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342{b} for Individuals Filing for E'.Inkruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

8.  How you will pay the fee

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments}. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9.  Have you filed for bankruptcy within the last 8 years?

☑ No.

☐ Yes.  District _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _  When ........................  Case number ..........................
                                                                MM/ DD/YYYY

District _____  When _____  C.ase number _____
                                     MM/ DD/YYYY

District                    When                  Case number
                                     MM/ DDIYYYY

10. Are any bankruptcy cases pending or being filed by a spouse who Is not filing this case with you, or by a business partner, or by an affiliate?

☐ No.

☑ Yes.  Debtor **Free Speech Systems, LLC**                Relationship to you _affiliate._ _

District **Southern District of Texas**    When **07/29/2022**    Case number, if known **22-60043**
                                                         MM/ DD/YYYY

Debtor _____                              Relationship to you _____

District _____  When _____  Case number, if known _____
                                     MM/DDIYYYY

11. Do you rent your residence?

☑ No.    Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

  0   No. Go to line 12.

  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as P!l.rt of this b .! !:U.P. 9' P!! i? ---

Debtor 1 <u>__Alexander__</u> <u>__F.__</u> <u>__Jones__</u>          Case number *(if known)* _____

First Name          Middle Name          Last Name

---

**Part 3:** | Report About Any Businesses You Own as a Sole Proprietor

---

12. **Are you a sole P,roprietor of anyrull-orpart 1me business?**

   A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

   If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

   No. Go to Part 4.

   D Yes. Name and location of business

   _____

   Name of business, if any

   Number          Street

   _____

   City                    State          ZIP Code

   *Check the appropriate box to describe your business:*

   D  Health Care Business  (as defined in 11 U.S.C. § 101(27A))

   D  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   D  Stockbroker (as defined in 11 U.S.C. § 101(53A))

   D  Commodity Broker (as defined in 11 U.S.C. § 101(6))

   D  None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy'Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

   For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

   *If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(6).*

   D No.   I am not filing under Chapter 11.

   No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

   D Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

   D Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   <u>Alexander</u>   <u>E .</u>   <u>Jones</u>                    Case number *(if known)* _____
           First Name        Middle Name      Last Name

**Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of Imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

liZf No.

☐ Yes.   What is the hazard?   _____
                               _____
                               _____

         If immediate attention is needed, why is it needed?
                               _____
                               _____
                               _____

         Where is the property?   _____
                                  Number      Street
                                  _____

                                  _____
                                  City                        State   ZIP Code

Debtor 1    <u>Alexander</u>    <u>E.</u>    <u>Jones</u>      Case number *(if known)* _____

    First Name         Middle Name        Last Name

 **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limtted to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

    ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability,** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    __Alexander__    __E.__    __Jones__      Case number *(if known)* _____

First Name      Middle Name      Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

  **16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☒ No. Go to line 16b.

    ☐ Yes. Go to line 17.

  **16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.

    ☒ Yes. Go to line 17.

  **16c.** State the type of debts you owe that are not consumer debts or business debts.

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

  ☐ No. I am not filing under Chapter 7. Go to line 18.

  ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☐ No

    ☐ Yes

**18.** How many creditors do you estimate that you owe?

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 ☐ 50,000-100,000 ☐ More than 100,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  /s/ Alex Jones

  Alex Jones, Debtor 1

  Executed on 11=/=30=/=2=2 ____
      MM/ DD/ YYYY

Debtor 1 _____     Case number(Nlrllow• _____
　　　　　　First Name　　Middle Name　　　　Lasl:Name

---

| **Part 6:** | **Answer These Questions for Reporting P'urposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumerdebls* are defined in 11 **U.S.C.** § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose,.'

　0  No. Go to line 16b.
　D  Yes. Go to line 17.

16b. **Are your debts primarily business debts.?** *Business debts* are debts that you Incurred to obtain money·for a business or Investment or through the operation of the business or investment.

　D  No. Go to line 16c.
　D  Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**11. Are you filing under Chapter7?**

　D  No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative-expenses are paid that funds will be available for distribution to unsecured creditors?**

　D  Yes. I am filing under Chapter 7. Do you estimate that afterany exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
　　D  No
　　D  Yes

---

**1s. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| D 1-49 | D 1,000-5,000 | D 25,001-50,000 |
| D 50-99 | D 5,001-10,000 | 0 50,001-100,000 |
| D 100-199 | 0 10,001-25,000 | D More than 100,000 |
| D 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| 0 $0-$50,000 | D $1,000,001-$10 million | D $500,000,001-$1 billion |
| D $50,001-s100,ooo | D $10,000,001-$50 million | D $1,000,000,001-$10 billion |
| D $100,001-$500,000 | D $50,000,001-$100 mfllion | D $10,000,000,001-$50 bllllon |
| D $500,001-$1 million | D $100,000,001-$500 million | D More than $50 billion |

---

**20. How much do you estimate your liabHities to be?**

| | | |
|---|---|---|
| 0 $0-$50,000 | D $1,000;001-$10 mUlion | D $500,000,001-$1 billion |
| D $50,001-$100,000 | D $10,000;001-$50 million | D $1,000,000,001-$10 billion |
| 0 $100,01>1-$500,ciOO | D $50,000,001-$100 million | D $10,000,000,001-$50 billion |
| D $500,001-$1 million | D $100,000,001-$500 million | D More than $50 billion |

---

**l@fi Sign Below**

**For you**

I have examined this petition, and I dedare under penalty of pe ury that the Information provided Is lrl.!e and correc;t,

If! have chosen to tìle under Chapter 7,'l am aware that l may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States COde. I understand the·relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out thli; document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

l request refief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making.a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result i . nes up to $250,000, or Imprisonment for up to 20 years, or both. 18 **U.S.C.** §§ 152, 13 , 1519, . 3 71.

x  *alex / Jones*　　　　　　X _____
　Signature of De?tor 1　　　　　　　　Signature of Debtor 2

Executed on  11 30 22　　　　　　Executed on _____
　　　　MM / DD /YYYY　　　　　　　　　MM / DD /YYYY

Debtor 1    __Alexander__    __E .__    __Jones__    Case number *(if known)* _____

First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which§ 707(b)(4)(D) applies, certify thaJ I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** _/s/ Vickie L. Driver_                Date **12/02/2022**

Signature of Attorney for Debtor                MM/  DD/  YYYY

__Vickie L. Priver__

Printed name

__Crowe & Dunlevy, P.C.__

Firm name

__2525 McKinnon St. Suite 425__

Number    Street

__Dallas__                                __TX__    __75201__

City                                      State    ZIP Code

Contact phone **(737)218-6187**          Email address  **Dallaseservice@crowedunlevy.com**

__24026886__                                          __TX__

Bar number                                            State

Certificate Number: 15725-TXW-CC-037008086

‖‖‖‖‖‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖1111111111111

I5725-TXW-CC-037008086

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 29, 2022, at 8:09 o'clock PM EST, Alexander Jones received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   November 29, 2022          By:      /s/Alexis Preza-Alva

                                   Name:   Alexis Preza-Alva

                                   Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Fill 1n this 1nfom1cit1on to 1dent1fy your case

| Debtor 1 | Alexander | E. | Jones |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | Southern District of Texas | |
| Case number (if known) | | | |

D Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are a Individual filing for bankruptcy under Chapter 11, you  mustflll outthis form. If you arefllling under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form, Do not include claims by anyone who is an *Insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be** as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders. |
|---|---|

| | |
|---|---|
| Robert Parker | What Is the nature of the claim? --- L-it_ig_a-ti_on_ C-la-im --- $120,000,000.00 |
| Creditor's Name | |
| c/o Ryan Chapple | As of the date you file, the claim is: Check all that apply. |
| Cain & Skamulis | fiZlcontingent |
| 303 Colorado St, STE 2850 | f/Zl Unliquidaled |
| Number        Street | f/Zl Disputed |
| | DNone of the above apply |
| Austin, TX 78701 | 12Pes the  creditor have a lien on your property? Unsecured |
| City             State      Zip Code | No |
| | DYes. |
| Contact | Total claim (secured and unsecured): _____ |
| | Value of security: _____ |
| Contact phone | Unsecured Claim: _____ |

Official Form 104         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

Debtor 1    __Alexander__    E.    __Jones__      Case number *(if known)* _____

First Name      Middle Name      Last Name

 

**Unsecured claim**

I

What is the nature of the claim? ___=L....iti_ga=t..io...n...C=l""ai""m...      $90,000,000.00

William Aidenberg
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number      Street

**D**None of the above apply

Austin, TX 78701
City      State      Zip Code

Qges the creditor have a lien on your property? Unsecured
☐ No
**D**ves.

Contact

Total claim (secured and unsecured): _____
Value of security: _____

Contact phone _____

Unsecured Claim: _____

I

What is the nature of the claim? ___ L=iti=ga=t=io n....C=l=ai**m** ...      $81,600,000.00

Ian Flockley
Creditor's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

c/o Ryan Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850
Number      Street

**D**None of the above apply

Austin, TX 78701
     State      Zip Code

Qges the creditor have a lien on your property? Unsecured
☐ No
**D**ves.

Contact

Total claim (secured and unsecured): _____
Value of security: _____

Contact phone _____

Unsecured Claim: _____

I

What is the nature of the claim? _____ L_iti_gat_io_n_C_l_ai_m _____      $76,000,000.00

Erica Lafferty
Cred or's Name

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

c/o Ryan Chapple
Cain & Skarnul1s PLLC
303 Colorado St., STE 2850
Number      Street

**D**None of the above apply

Austin, TX 78701
City      State      Zip Code

Qges the creditor have a lien on your property? Unsecured
☐☐☐No
**D**ves.

Contact

Total claim (secured and unsecured): _____
Value of security: _____

Contact phone _____

Unsecured Claim: _____

Debtor 1    **Alexander**    **E.**    **Jones**      Case number *(if known)*---------

First Name     Middle Name     Last Name

|  | | **Unsecured claim** |
|---|---|---|

**What Is the nature of the claim?** _____ Litigation Claim _____    $73,600,000.00

Nicole Hockley

Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

c/o Ryan Chapple    ☑ Unliquidated

Cain & Skamulis PLLC

303 Colorado St, STE 2850    ☑ Disputed

Number    Street    ☐ None of the above apply

Austin, TX 78701

City    State    Zip Code    **Qpes the creditor have a lien on your property? Unsecured bCINo**

☐ ves.

Contact    Total claim (secured and unsecured): _____

Value of security: _____

**Contact phone**    Unsecured Claim: _____

**What Is the nature of the claim?** _____ Litigation Claim _____    $68,800,000.00

6

Jillian Soto-Marino

Creditor's Name

As of the date you file, the claim is:  Check all that apply.

☑ Contingent

c/o Ryan Chapple    ☑ Unliquidated

Cam & Skarnulis PLLC

303 Colorado St, STE 2850    ☑ Disputed

Number    Street    ☐ None of the above apply

Austin, TX 78701

City    State    Zip Code    **Qees the creditor *have* a lien on your property? Unsecured bCINo**

☐ ves.

Contact•    Total claim (secured and unsecured): _____

Value of security: _____

Contact phone    Unsecured Claim: _____

**What Is the nature of the claim?** _____ LLtigatjon Claim _____    $66,000,000.00

Carlee Soto Parisi

Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

c/o Ryan Chapple    ☑ Unliquidated

Cain & Skamulis PLLC

303 Colorado St, STE 2850    ☑ Disputed

Number    Street    ☐ None of the above apply

Austin, TX 78701

City    State    Zip Code    **Qees the creditor have a lien on your property? Unsecured bCINo**

☐ ves.

Contact    Total claim (secured and unsecured): _____

Value of security: _____

Contact phone    Unsecured Claim: _____

Debtor 1    **Alexander**    E.    **Jones**

First Name     Middle Name     Last Name

Case number *(if known)* --------

**Unsecured** claim

$57,600,000.00

---

**I**

Carlos M. Soto

Creditor's Name

c/o Ryan Chapple

Cain & Skarnulis PLLC

303 Colorado St, STE 2850

Number     Street

Austin, TX 78701

City     State     Zip Code

*Contact*

Contact phone

What is the nature of the claim? ----- =L....iti""gal i o n C""I'll ..

As of the date you file, the claim is: Check all that apply.

iiZI Contingent

iiZI Unliquidated

iiZI Disputed

O None of the above apply

Ilsi>es the creditor have a lien on your property? Unsecured

No

Dves.

Total claim (secured and unsecured): _____

Value of security: _____

Unsecured Claim: _____

---

**I**

Mark Barden

Creditor's Name

c/o Ryan Chapple

Cain & Skarnulis PLLC

303 Colorado St, STE 2850

Number     Street

Austin, TX 78701

City     State     Zip Code

Contact

~~Contact phone~~

What is the nature of the claim? ----L it" 19 at io n C f a im ---

$57,600,000.00

As of the date you file, the claim is: Check all that apply.

iiZI Contingent

iiZI Un liquidated

iiZI Disputed

**D**None of the above apply

12ges the creditor have a lien on your property? Unsecured

bCINo

Dves.

Total claim (secured and unsecured): _____

Value of security: _____

Unsecured Claim: _____

---

David Wheeler

Credito s Name

c/o Ryan Chapple

Cain & Skarnulis PLLC

303 Colorado St, STE 2850

Number     Street

Austin, TX 78701

City     State     Zip Code

Contact

Contact phone

L it io a tio n C=la=im --

$55,000,000.00

What is the nature of the claim?

As of the date you file, the claim Is: Check all that apply.

i/Z1 Contingent

iiZI Unliquidated

i/ZI Disputed

**D** None of the above apply

Qges the creditor have a lien on your property? Unsecured

bCINo

Dves.

Total claim (secured and unsecured): _____

Value of security: _____

Unsecured Claim: _____

---

Debtor 1    **Alexander** _____ **E.** _____ **Jones** _____

First Name        Middle Name        Last Name

Case number *(if known)* _____

| | | Unsecured claim |
|---|---|---|
| | | $54,000,000.00 |

**Francine Wheeler**

Creditor's Name

c/o  Ryan  Chapple
Cain  &  Skarnulis  PLLC
303 Colorado St, STE 2850

Number        Street

Austin, TX  78701

City        State        Zip Code

Contact

Contact phone

**What is the nature of the claim?** ----= Litigation "claim"----

**As of the date you file, the claim is:** Check all that apply.

iizl Contingent
iizl Un/iquidated
iizl Disputed
0 None of the above apply

**Qoes the creditor have a lien on your property? Unsecured**
**bl!No**
Dves.

Total claim (secured and unsecured):    _____
Value of security:    _____
Unsecured Claim:    _____

---

1
1--

**What is the nature of the claim?** _____Litigation_claim_____

$52,000,000.00

**Jennifer  Hensel**

Creditor's Name

c/o  Ryan  Chapple
Cain & Skarnulis PLLC
303 Colorado St, STE 2850

Number        Street

Austin, TX 78701

City        State        Zip Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.

iizl Contingent
iizl Unliquidated
iizl Disputed
D None of the above apply

**Qoes the creditor have a lien on your property? Unsecured**
**bl!No**
Dves.

Total claim (secured and unsecured):    _____
Value of security:    _____
Unsecured Claim:    _____

---

**What is the nature of the claim?** _____Litigation _Claim____

$48,000,000.00

**Donna Soto**

Creditor's Name

c/o  Ryan  Chapple
Cain  Skarnulis  PLLC
303 Colorado St, STE 2850

Number        Street

Austin, TX  78701

City        State        Zip Code

Contact

Contact phone

**As of the date you file, the claim is:** Check all that apply.

iizl Contingent
iizl Unliquidated
iizl Disputed
D None of the above apply

**Qoes the creditor have a lien on your property? Unsecured**
**bl!No**
Dves.

Total claim (secured and unsecured):    _____
Value of security:    _____
Unsecured Claim:    _____

---

Debtor 1    **Alexander**          E.          **Jones**                     Case number *(ff known)* _____
            First Name         Middle Name      Last Name

                                                                                            **Unsecured claim**

I          **What is the nature of the claim?** ----=L=jti_ga=t=jo_n_C_l=a-im ----              $36,000,000.00

William Sherlach                      **As of the date you file, the claim Is:** Check all that apply.
Creditor's Name
                                      **5ZI** Contingent
c/o Ryan Chapple                      **5ZI** Unliquidated
Cain & Skarnulis PLLC                 **5ZI** Disputed
303 Colorado St, STE 2850             **0** None of the above apply
Number      Street

Austin, TX 78701                      **D,pes does the creditor have a lien on your property? Unsecured**
City           State   Zip Code       No

                                      Dves.
Contact                               Total claim (secured and unsecured):    _____
                                      Value of security:                      _____
Contact phone                         Unsecured Claim:                        _____

I          What is the nature of the claim? _____ L_iti_gatio_Cl_aim _             $28,800,000.00

Jacqueline Barden                     As  of  the  date you file, the claim is: Check all that apply.
Credito s Name
                                      **5ZI** Contingent
c/o Ryan Chapple                      **5ZI** Unliquidated
Cain & Skarnulis PLLC                 **5ZI** Disputed
303 Colorado St, STE 2850             **0** None of the above apply
Number      Street

Austin, TX 78701                      **!Jges does the creditor have a lien on your property? Unsecured**
City           State   Zip Code       No

                                      Dves.
Contact                               Total claim (secured and unsecured):    _____
                                      Value of security:                      _____
Contact phone                         Unsecured Claim:                        _____

I          **What is the nature of the claim?** _____ L_iti_gatio_n_Cl""a_im _     s2,110,000.00

Neil Heslin                           **As of the date you file, the claim is:** Check all that apply.
Creditor's Name
                                      **5ZI** Contingent
c/o Jarrod B. Martin                  **5ZI** Unliquidated
Chamberlain Hrdlicka                  **5ZI** Disputed
1200 Smith Street, STE 1400           **0** None of the above apply
Number      Street

Houston, TX 77002                     **D,pes does the  creditor have a lien on your property? Unsecured**
City           Stale   Zip Code       **No**

                                      Dves.
Contact                               Total claim (secured and unsecured):    _____
                                      Value of security:                      _____
Contact phone                         Unsecured Claim:                        _____

Debtor 1    **Alexander**        E.        **Jones**                              Case number *(if known)* _____
First Name        Middle Name        Last Name

I

| | Unsecured claim |
|---|---|
| What is the nature of the claim? ---- L=iti ga=t=io n C=l=ai=m... | $2,000,000.00 |

Scarlett Lewis
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

c/o Jarrod B. Martin
Chamberlain Hrdlicka          lilf Contingent
1200 Smith Street, STE 1400          lilf Unliquidated
Number      Street          lilf Disputed

Houston, TX 77002          0  None of the above apply
City        State      Zip Code

          **es    the creditor have a lien on your property? Unsecured**
          No
Contact          Dves.

          Total claim (secured and unsecured):      _____
          Value of security:        _____
          Unsecured Claim:        _____

| What Is the nature of the claim? | C..di.t..C.,.ar..d --- | $150,000.00 |
|---|---|---|

American Express
Creditor's Name

**As of the date you file, the claim is:** Check all that apply.

PO Box 650448          0  Contingent
Number      Street          0  Unliquidated
          lilf Disputed
Dallas, TX 75265          0  None of the above apply
City        State      Zip Code

          **s    the creditor have a lien on your property? Unsecured**
          No
Contact          Dves.

Contact phone          Total claim (secured and unsecured):      _____
          Value of security:        _____
          Unsecured Claim:        _____

i

          What is the nature of the claim?----------------------------------------- --      _____

Creditor's Name          **As of the date you file, the claim is:** Check all that apply.
          0  Contingent
          0  Unliquidaled
Number      Street          ☐ Disputed
          0  None of the above apply

City        State      Zip Code          **Does the creditor have a lien on your property?**
          ONo
Contact          OYes.

          Total claim (secured and unsecured):      _____
Contact phone          Value of security:        _____
          Unsecured Claim:        _____

Debtor 1    __Alexander__ __E.__ __Jones__    Case number *(ff known)* _____
            First Name    Middle Name    Last Name

Unsecured claim

What is the nature of the **claim?**—————————————
As of the date you file, the claim is: Check all that apply.

Creditor's Name

☐ Contingent
☐ Unliquidated

Number      Street

☐ Disputed

☐ None of the above apply

City                State    Zip Code

**Does the creditor have a lien on your property?**

☐ No

☐ Yes.

Contact

Total claim (secured and unsecured):    _____
Value of security:                       _____

Contact phone

Unsecured Claim:                         _____

**Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____
Signature of Debtor **1**

X _ _ _ _ _ _ _
Signature of Debtor 2

Date 12/02/2022
     MM/ DD/ YYYY

Date _____
     MM/ DD/ YYYY

IN **THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **ALEXANDER E. JONES,** | § | **CaseNo. __ __ __ __ __** |
| | § | |
| **Debtor.** | § | **(Joint Administration Requested)** |
| | § | |

### STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(b)

I, Alexander E. Jones, the Debtor in the above-styled bankruptcy proceeding, state under penalty of perjury and pursuant to 11 U.S.C. § 1116(1)(8) that I have no balance sheet, statement of operations, or cash-flow statement.

Dated: December 2, 2022.

*ls/Alexander E. Jones*
Alexander E. Jones
Debtor

82030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**      Jones, Alexander E.

Case No. _____ __

**Debtor**

Chapter _____**1** ¹__        __

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered
    or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, *I* have agreed to accept ........................................................................ _____      _;.$.50.0""".00.0..00.

    Prior to the filing of this statement I have received.......................................................... _____ $~4.8..1..9.3.0~0

    Balance   Due  .......................................................................................................... _ _ _ _ _$0.00¹

2.  The source of the compensation paid to me was:

    **D** Debtor          liⓏl Other (specify)       The  Missouri779384  Trust

3.  The source of compensation to be paid to me is:

    **O** Debtor          liⓏl Other (specify)

4.  **!ill**   I have not agreed to share the above-disclosed compensation  with any other person unless they are members and associates of  my
    law firm.

    **D**   I have agreed to share the above-disclosed compensation  with a other person or persons who are not members or associates of my
    law firm. A copy of the agreement,  together with a list of the names of the people sharing in the compensation,  is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in
         bankruptcy;

    b.   Preparation  and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation  hearing,  and any adjourned hearings thereof;

    d.   Representation of the debtor in adversary proceedings  and other contested bankruptcy  matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    None currently.

---

¹ This is the retainer accepted; this is not any limit or cap on the fees that will be charged in our representation of this
Debtor.

B2030 (Form 2030) (12/15)

CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>12/2/2022</u>                                                <u>/s/ Vickie L. Driver</u>
*Date*

                                                Vickie L. Driver
                                                *Signature of Attorney*

Bar Number: 24026886
Crowe & Dunlevy, P. C.
2525 McKinnon St., Suite 425
Dallas, TX 75201
Phone: (737) 218-6187

Crowe & Dunlevy, P. C.
*Name of law firm*

| NO. X06-UWY-CV-18-6046436 S: | SUPERIOR COURT |
| ERICA LAFFERTY, ET AL : | COMPLEX LITIGATION DOCKET |
| V.: | AT WATERBURY |
| ALEX EMRIC JONES, ET AL : | DECEMBER 2, 2022 |
| NO. X06-UWY-CV-18-6046437 S: | SUPERIOR COURT |
| WILLIAM SHERLACH : | COMPLEX LITIGATION DOCKET |
| V.: | AT WATERBURY |
| ALEX EMRIC JONES, ET AL : | DECEMBER 2, 2022 |
| NO. X06-UWY-CV-18-6046438 S: | SUPERIOR COURT |
| WILLIAM SHERLACH, ET AL : | COMPLEX LITIGATION DOCKET |
| V.: | AT WATERBURY |
| ALEX EMRIC JONES, ET AL : | DECEMBER 2, 2022 |

## AFFIDAVIT PURSUANT TO PRACTICE BOOK§ 14-1 IN SUPPORT OF NOTICE AND SUGGESTION OF BANKRUPTCY

I, Norman A. Pattis, being duly sworn, do hereby depose and state as follows:

1.      I am over the age of 18 and understand and believe in the obligation of an oath.

2.      I am counsel for the Defendant -Alex Emric Jones - in the above captioned matters.

3.      I give this affidavit pursuant to Connecticut Practice Book§ 14-1 in support of the Defendant-Alex Emric Jones' -   notice and suggestion of bankruptcy.

4.      On December 2, 2022, counsel for the Defendant - Alex Emric Jones - in the United States Bankruptcy Court for the Southern District of Texas informed me that the Defendant-Alex Emric Jones - had voluntarily petitioned for Chapter 11 bankruptcy.

5.  To that end, the aforementioned counsel for the Defendant, Alex Emric Jones provided me copies of the voluntary petitions for Chapter 11 bankruptcy and

1

*Exhibit B*

the corresponding docket number in the United States Bankruptcy Court for the Southern District of Texas.

6. I have independently verified both the docket numbers and the petitions using PACER.gov.

7. Pursuant to Practice Book 14-1, I provide the following information on behalf of Infowars, LLC:

**Date Petition Was Filed:** December 2, 2022

**Court & Court's Address:**

United States Bankruptcy Court for the Southern District of Texas

515 Rusk St.

Houston, TX 77002

**Name of Bankruptcy Debtor: Alexander E. Jones**

**Bankruptcy Case Number: 22-33553**

NORMAN A. PATTIS

Subscribed to and sworn before me this 2nd day of December 2022.

Kevin Smith Esq.
Commissioner of the
Superior Court
Juris 427828